**FILED & ENTERED**

JUN 18 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| HOLY HILL COMMUNITY CHURCH, | Case No.: 2:14-bk-21070-WB<br>Adv No: 2:16-ap-01051-WB |
| Debtor(s). | |
| RICHARD J. LASKI, Principal of Reorganized Debtor, | **JUDGMENT** |
| Plaintiff(s), | Date:      August 1, 2017<br>Time:      2:00 PM<br>Courtroom:      1375 |
| v. | |
| PALISADES CAPITAL PARTNERS, LLC, 1111 SUNSET BOULEVARD, LLC, 1111 SUNSET, LLC, DOWNTOWN CAPITAL, LLC, METROPOLITAN WATER DISTRICT SOUTHERN CALIFORNIA, | |
| Defendant(s). | |

On July 17, 2015, this court entered an *Order (1) Authorizing the Sale of Property of the Estate Under 11 U.S.C. § 363 Free and Clear of All Liens, Claims and Encumbrances, Subject to Higher and Better Offers; (2) Approving Purchase and Sale Agreement; (3) Approving the Rejection of Unexpired Leases and/or Executory Contracts; and (4) Approving the Form and*

*Manner of Notice* [Docket No. 268] (the "Sale Order") in bankruptcy case no. 2:14-bk-21070-WB (the "Main Bankruptcy Case"). The Sale Order, *inter alia*, approved the Purchase and Sale Agreement [Docket no. 251] (the "PSA") in the Main Bankruptcy Case. The PSA provided for the sale of the real property described in Exhibit A to the PSA (the "Property") and certain additional rights, including those defined as Intangible Property in Section 1.1(f) of the PSA. The Complaint in this adversary proceeding sought a judicial declaration of the scope and nature of the Intangible Property that was sold, assigned, and otherwise transferred to Defendants Palisades Capital Partners LLC and 1111 Sunset Boulevard, LLC pursuant to the PSA and the Sale Order.

On June 14, 2018, the Court entered its *Order Granting Summary Judgment on Palisades Capital Partners LLC and 1111 Sunset Boulevard, LLC's Amended Motion for Summary Judgment,* in the above-referenced matter.

In light of the foregoing, and good cause appearing therefor,

IT IS HEREBY ORDERED that judgment is entered in favor of defendants Palisades Capital Partners LLC and 1111 Sunset Boulevard, LLC (together, "Palisades") as follows:

1. Pursuant to the Sale Order and Sections 1.1(f) and 1.3 of the PSA, Palisades is the owner of any and all of the following that were owned as of the date of the Sale Order by Holy Hill Community Church (the "Debtor"), by the Chapter 11 Trustee of the Debtor (the "Trustee"), and/or by the estate of the Debtor (the "Estate" and, collectively with the Debtor and the Trustee, "Seller"):

    (a) any and all claims against governmental entities (other than the Metropolitan Water District of Southern California, which has been dismissed from this adversary proceeding), present and former owners of real property adjacent to the real property described in Exhibit A to the PSA (the "Property"), and/or present and former tenants of the Property, and

//
//
//
//

(b) all rights, claims and causes of action against third parties for negligence, gross negligence, willful misconduct, or fraud in connection with the design or construction of the Improvements on the Property.

###

Date: June 18, 2018

Julia W. Brand
United States Bankruptcy Judge

-3-